Judith Droz Keyes (CA State Bar No. 66408)
John Post (CA State Bar No. 233236)
Angela Corridan (CA State Bar No. 257076)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:       jkeyes@dwt.com
             johnpost@dwt.com
             angelacorridan@dwt.com

Attorneys for KAISER PERMANENTE HOSPITALS,
KAISER PERMANENTE, INC., RUBY GARTRELL,
LUANN LAMAY, HENRY AMOS, MARIA ZAYAC,
BARBARA VOORS, CORNELIUS STEWART, and
SUZANNE GRAY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WYNES, MARSHA SCRIBNER, LINDA BAERRESEN, and RUTH SIMPSON,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE HOSPITALS, KAISER PERMANENTE, INC., RUBY GARTRELL, LUANN LEMAY, HENRY AMOS, MARIA ZAYAC, BARBARA VOORS, CORNELIUS STEWART, SUZANNE GRAY and DOES 1-100,<br><br>Defendant. | Case No. 10-CV-00702-MCE-GGH<br><br>AMENDED JOINT STIPULATION RE: PARTIES' DATES TO AMEND THE COMPLAINT AND FILE ANSWER; ORDER THEREON |

Defendants KAISER PERMANENTE HOSPITALS, KAISER PERMANENTE, INC., RUBY GARTRELL, LUANN LAMAY, HENRY AMOS, MARIA ZAYAC, BARBARA VOORS, CORNELIUS STEWART, and SUZANNE GRAY ("Defendants") and Plaintiffs ROCHELLE WYNES, MARSHA SCRIBNER, LINDA BAERRESEN, and RUTH SIMPSON ("Plaintiffs") jointly submit the following Stipulation.

Whereas Plaintiffs filed, but did not serve Defendants with their Complaint on March 23, 2010 [DKT#1], and before service, Defendants filed concurrent Motions to Dismiss [DKT#6] and Strike [DKT#7] portions of Plaintiffs' Complaint. The Court granted Plaintiffs leave to amend their Complaint by September 3, 2010 [DKT#16], but Plaintiffs did not timely amend their Complaint. The Court ordered specific causes of action dismissed [DKT#17] for failure to timely amend. Plaintiffs moved the Court for Relief under Rule 60(b) of its Order [DKT#19], and the Court granted Plaintiffs' Motion [DKT#31].

Whereas Plaintiffs filed their First Amended Complaint on December 20, 2010 [DKT#32], Defendants filed concurrent Motions to Dismiss [DKT#36] and Strike [DKT#37] portions of Plaintiffs' First Amended Complaint.

Whereas the Court's Order [DKT#44] granted Defendants' Motion to Dismiss [DKT#36] as to Plaintiffs' Fifth Sixth, and Seventh Causes of Action, against individual defendants only, with leave to amend; and granted Defendants' Motion to Dismiss, without leave to amend, as to Plaintiffs' First Cause of Action, against individual defendants only. The Court also granted Defendants' Motion to Strike [DKT#37], with leave to amend as to Plaintiff's reference to protected, concerted activity.

Whereas the Court's Order [DKT#44] did not contain a date by which Plaintiffs were to amend their First Amended Complaint, and

Whereas the Parties are involved in settlement discussions and have scheduled a private mediation to take place on May 23, 2011.

The Parties respectfully request the Court permit and order Plaintiffs to file and serve their Second Amended Complaint by June 6, 2011, and permit and order Defendants to file their answer to the Second Amended complaint by June 27, 2011.

1

IT IS HEREBY ORDERED that Plaintiffs must file their Second Amended Complaint by June 6, 2011, and that Defendants must file their answer to the Second Amended Complaint by June 27, 2011.

RESPECTFULLY SUBMITTED BY:

Dated: April 27, 2011

DAVIS WRIGHT TREMAINE LLP

By: /s/ Judith Droz Keyes
Judith Droz Keyes

Attorneys for KAISER PERMANENTE HOSPITALS, KAISER PERMANENTE, INC., RUBY GARTRELL, LUANN LAMAY, HENRY AMOS, MARIA ZAYAC, BARBARA VOORS, CORNELIUS STEWART, and SUZANNE GRAY

Dated: April 27, 2011

Law Offices of Ellen C. Dove

By: /s/ Ellen C. Dove
Ellen C. Dove

Attorney for ROCHELLE WYNES, MARSHA SCRIBNER, LINDA BAERRESEN, and RUTH SIMPSON

**ORDER**

IT IS SO ORDERED.

Dated: May 3, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE