# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WYNES, ) | CASE NO.: 10-CV-00702-MCE-GGH |
|     Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| KAISER PERMANENTE HOSPITALS, ) et al, ) | |
|     Defendants. ) | |

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED the hearing date on Defendants' Motion for Summary Judgment is moved to February 7, 2013, at 2:00 pm in Department 7. Plaintiff's Opposition must be filed by January 3, 2013, which is five weeks before the rescheduled hearing date. Defendants may file their Reply, if any, on or before January 17, 2013, which is three weeks before the rescheduled hearing date.

Dated: September 24, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-