UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WYNES, | No. 2:10-cv-00702-MCE-GGH |
| Plaintiff, | |
| v. | **ORDER** |
| KAISER PERMANENTE HOSPITALS, et al., | |
| Defendants. | |

Presently before the Court is Defendants' Motion for Summary Judgment filed on July 30, 2012.  (ECF No. 75.)  The hearing on Defendants' motion was originally set for October 4, 2012.  (Id.)  By its September 24, 2012 Order, the Court continued the hearing on Defendants' motion to February 7, 2013, to allow Plaintiff to obtain necessary discovery.  (ECF No. 91).  The Court ordered Plaintiff to file her opposition to Defendants' Motion for Summary Judgment by January 3, 2012.  (Id.)  Pursuant to the Court's scheduling order, Plaintiff's opposition was not to exceed twenty (20) pages.  (ECF No. 60, at 5.)  The scheduling order also specified that the parties' requests for page limit increases must be made in writing to the Court at least fourteen (14) days prior to the filing.  (Id.)

///

On January 3, 2012, Plaintiff filed her thirty-nine (39) page Memorandum in Opposition to Motion for Summary Judgment ("Opposition Memorandum").  (ECF No. 103.)  Plaintiff's Opposition Memorandum is almost double the page limit set by the Court's scheduling order.  Plaintiff did not seek and was not granted the Court's permission to file an opposition exceeding the established page limit.  Accordingly, the Court strikes Plaintiff's Opposition Memorandum and orders Plaintiff to file an amended memorandum that does not exceed twenty (20) pages.

Further, pursuant to Local Rule 130(a), (b), all documents filed with the Court shall be presented in a "legible" form.  In support of her Opposition to Defendant's Motion for Summary Judgment, Plaintiff submitted numerous exhibits containing illegible or barely legible documents.[1]  When Plaintiff files her amended opposition to Defendant's Motion for Summary Judgment pursuant to this Order, she must also file legible copies of any exhibits and attachments submitted in support of such opposition.  Further, if Plaintiff's attachments and exhibits in support of her opposition total in excess of fifty (50) pages, she must provide legible courtesy paper copies of those attachments and exhibits to chambers pursuant to Local Rule 133(f).[2]

For the reasons set forth above, it is hereby ORDERED:

1. Plaintiff's Memorandum of Points and Authorities in Opposition to Motion for Summary Judgment (ECF No. 103) is STRICKEN.

2. Plaintiff is directed to file an amended opposition memorandum, not exceeding twenty (20) pages, **by February 14, 2013**.  If Plaintiff's amended opposition does not comply with this Court's orders or Local Rules, the Court will strike such memorandum without giving Plaintiff any further opportunity to refile it.

///

---

[1] In particular, the Court refers to ECF Nos. 94-5, 94-6, 94-7, 94-8, 94-9, 94-10, 94-11, 95-1, 95-2, 95-3, 96-4, 96-7, 96-8, 97-1, 97-4, and 97-7.

[2] The courtesy copies should comply with the requirements set forth in Local Rule 130(b).

3. Plaintiff's is directed to file legible copies of exhibits and attachments to her opposition in compliance with Local Rule 130(a), (b).  If any exhibit or attachment filed by Plaintiff in support of her opposition fails to comply with this Order or Local Rules, the Court will strike such deficient exhibit or attachment without giving Plaintiff any further opportunity to refile the deficient document.

4. If attachments and exhibits filed in support of Plaintiff's amended opposition exceed fifty (50) pages, Plaintiff is directed to provide a courtesy copy of those attachments and exhibits to chambers pursuant to Local Rule 133(f).

5. Defendants are directed to file their reply to Plaintiff's opposition **by February 28, 2012**.

6. The hearing on Defendant's Motion for Summary Judgment, currently set for February 7, 2012, is vacated and **continued to March 7, 2012, at 2 p.m. in Courtroom 7.**

IT IS SO ORDERED.

Dated:  January 30, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE