Judith Droz Keyes (CA State Bar No. 66408)
Michael A. Aparicio (CA State Bar No. 206300)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
Email: jkeyes@dwt.com
          michaelaparicio@dwt.com

Attorneys for Defendants/Counter-Claimant
KAISER FOUNDATION HOSPITALS, erroneously sued as KAISER
PERMANENTE HOSPITALS, KAISER PERMANENTE, INC.,
and Defendants RUBY GARTRELL, LUANN LAMAY, and HENRY AMOS

Ellen C. Dove (CA State Bar No. 06434)
5325 Elkhorn Blvd., #160
Sacramento, CA 95842
Telephone: (916) 331-0111
Facsimile:  (916) 726-8576
Email: edove3136@aol.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WYNES<br><br>            Plaintiff,<br><br>     v.<br><br>KAISER PERMANENTE HOSPITALS, et al.<br><br>            Defendants. | Case No. 10-CV-00702-MCE-EFB<br><br>Assigned to the Magistrate Judge Edmund F. Brennan<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EARLY SETTLEMENT CONFERENCE BEFORE THE ASSIGNED MAGISTRATE JUDGE TO TAKE PLACE BEFORE THE SCHEDULED PRE-TRIAL CONFERENCE**<br><br>Hearing Date:  October 10, 2013<br>Hearing Time:  10:00 a.m.<br>Judge:            Hon. Edmund F. Brennan<br><br>Action Filed: March 23, 2010 |

DAVIS WRIGHT TREMAINE LLP

1

Plaintiff Rochelle Wynes and Defendant Kaiser Foundation Hospitals ("KFH"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Wynes commenced this action March 23, 2010, together with four other plaintiffs.

WHEREAS, all plaintiffs other than Wynes have dismissed their claims against Defendants;

WHEREAS, the Parties held a full day mediation on December 4, 2012, before the Hon. Ellen Sickle James (Ret.) of JAMS, which was not successful;

WHEREAS, On March 28, 2013, the Court granted in part and denied in part Defendants' motion for summary judgment;

WHEREAS, discovery has closed and the parties are preparing for trial, which is scheduled on January 13, 2014;

WHEREAS, pursuant to the Court's October 24, 2012 amended scheduling order, pretrial filings are due on October 24, 2013 (including the joint pretrial statement and motions *in limine*);

WHEREAS, the Pretrial Conference is scheduled for November 14, 2013;

WHEREAS, there is currently no scheduled Settlement Conference and the Court has not previously held a Settlement Conference in this matter;

WHEREAS, the Parties agree that an early Settlement Conference in this matter, held prior to the November 14 Pretrial Conference will be most effective in reaching a settlement, particularly if the Settlement Conference is scheduled well prior to the October 24 deadline for pretrial filings;

WHEREAS, the parties seek a Settlement Conference before the Magistrate Judge assigned to this matter, the Honorable Edmund F. Brennan;

WHEREAS, pursuant to Local Rule 270, the Parties **each waive any claim of disqualification** of Magistrate Judge Brennan based upon his conducting a Settlement Conference as requested herein;

///

///

Stipulation and [Proposed] Order For Early Settlement Conference
Case No. 10-CV-00702-MCE-EFB
DWT 22438114v1 0086386-000083

NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE:

That the Court schedule an early Settlement Conference pursuant to Local Rule 270, to take place before the Honorable Edmund F. Brennan, on October 10, 2013, at 10:00 a.m., or such other time as the Court may determine.

**SO STIPULATED**.

Dated:  September 12, 2013          DAVIS WRIGHT TREMAINE LLP


                                    By:         /s/ Michael A. Aparicio
                                            MICHAEL A. APARICIO

                                    ATTORNEYS FOR KAISER FOUNDATION HOSPITALS, erroneously sued as KAISER PERMANENTE HOSPITALS and KAISER PERMANENTE, INC., RUBY GARTRELL, LUANN LAMAY and HENRY AMOS


Dated:  September 11, 2013


                                    By:         /s/ Ellen C. Dove
                                            ELLEN C. DOVE

                                    ATTORNEY FOR PLAINITFF, ROCHELLE WYNES

## **ORDER**

Having considered the Stipulation and [Proposed] Order, and with good cause appearing, the Court hereby adopts the parties' Stipulation and [Proposed] Order for an early settlement conference.  Accordingly, a Settlement Conference is now set before the undersigned on October 10, 2013, at 10:00 a.m in Courtroom No. 8.

Counsel are directed to submit settlement conference statements to the settlement judge not later than seven (7) days prior to the conference.  At counsel's option, such statements may be submitted in confidence pursuant to Local Rule 270(d).

Each party is directed to have a principal capable of disposition at the Settlement Conference or to be fully authorized to settle the matter on any terms and at the Settlement Conference.

**IT IS SO ORDERED.**

Dated:  September 12, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

DAVIS WRIGHT TREMAINE LLP

4

Stipulation and [Proposed] Order For Early Settlement Conference
Case No. 10-CV-00702-MCE-EFB
DWT 22438114v1 0086386-000083