UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WYNES,<br><br>           Plaintiff,<br><br>      v.<br><br>KAISER PERMANENTE HOSPITALS, et al.,<br><br>           Defendants. | No. 2:10-cv-702-MCE-EFB<br><br><br>ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the representations of counsel for the parties at a Settlement Conference conducted in Chambers on October 10, 2013, the court determined that the above-captioned case settled and placed that settlement on the record.

As stated on the record, the court now orders that dispositional documents are to be filed not later than forty-five (45) days from the date of the settlement.

All hearing dates set in this matter are VACATED.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED: October 17, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE