1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    ROCHELLE WYNES,                       No.  2:10-cv-702-MCE-EFB

11                Plaintiff,

12          v.                              ORDER RE SETTLEMENT & DISPOSITION

13    KAISER PERMANENTE HOSPITALS, et
      al.,

14
                   Defendants.
15

16

17          Pursuant to the representations of counsel for the parties at a Settlement Conference

18    conducted in Chambers on October 10, 2013, the court determined that the above-captioned case

19    settled and placed that settlement on the record.

20          As stated on the record, the court now orders that dispositional documents are to be filed

21    not later than forty-five (45) days from the date of the settlement.

22          All hearing dates set in this matter are VACATED.

23          FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE

24    IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

25    CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

26          IT IS SO ORDERED.

27    DATED:  October 17, 2013.

28                                    _____
                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE