Judith Droz Keyes (CA State Bar No. 66408)
Michael A. Aparicio (CA State Bar No. 206300)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:          jkeyes@dwt.com
                    maparicio@dwt.com

Attorneys for Defendants/Counter Claimant
KAISER FOUNDATION HOSPITALS, *erroneously sued as KAISER PERMANENTE HOSPITALS, KAISER PERMANENTE, INC.*, RUBY GARTRELL, LUANN LAMAY, and HENRY AMOS

IN THE UNITED STATES DISTRICT COURT

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCHELLE WYNES, | Case No. 10-cv-0702-MCE-EFB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| KAISER PERMANENTE HOSPITALS, KAISER PERMANENTE, INC., et al., | **[Fed. R. Civ. P. 41(a)(1)(A)(ii)]** |
| Defendants. | Assigned to the Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Rochelle Wynes, on the one hand, and Defendants Kaiser Foundation Hospitals (*erroneously sued as* Kaiser Permanente Hospitals, Kaiser Permanente, Inc.), Ruby Gartrell, Luann LaMay, and Henry Amos, on the other hand, through undersigned counsel, that all claims asserted by Plaintiff against Defendants in this action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  It is further stipulated and agreed that all claims asserted by Counter Claimant Kaiser Foundation Hospitals against Rochelle Wynes shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear his/her/its own attorneys' fees and costs.

The parties further stipulate that the Court may enter an Order of dismissal with prejudice in the form of Exhibit A hereto.

DATED: November 6, 2013

DAVIS WRIGHT TREMAINE LLP

By: /s/
      Judith Droz Keyes

Attorney for Defendants
KAISER FOUNDATION HOSPITALS, erroneously sued as KAISER PERMANENTE HOSPITALS, KAISER PERMANENTE, INC., RUBY GARTRELL, LUANN LAMAY and HENRY AMOS

DATED: November 6, 2013

LAW OFFICES OF ELLEN C. DOVE

By: /s/
      Ellen C. Dove

Attorney for Plaintiff ROCHELLE WYNES

<u>**Exhibit A**</u>

**<u>ORDER</u>**

It is hereby **ORDERED, ADJUDGED, AND DECREED** that this action and all claims filed herein are **DISMISSED WITH PREJUDICE** and without attorneys' fees or costs to either party.

IT IS SO ORDERED.

Dated: November 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Joint Stipulation for Dismissal
Case No. 10-CV-00702 MCE-EFB
DWT 22887084v1 0086386-000083

DAVIS WRIGHT TREMAINE LLP